UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK LEE CUMMINGS,<br><br>    Petitioner,<br><br>    v.<br><br>JOHN N. KATAVICH, Warden,<br><br>    Respondent. | NO. SACV 11-1931-ODW (AGR)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the petition, records on file, and the Report and Recommendation of the magistrate judge. Further, the Court has engaged in a *de novo* review of those portions of the Report to which Petitioner has objected. The Court accepts the findings and recommendation of the magistrate judge.

    Petitioner's objections are without merit. His requests to appoint counsel, for leave to conduct discovery, and for an evidentiary hearing are DENIED.

1       IT IS ORDERED that judgment be entered denying the petition and
2 dismissing this action with prejudice.

DATED: December 17, 2013

                                        OTIS D. WRIGHT II
                                    United States District Judge