UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MARK LEE CUMMINGS, | ) | No. SACV 11-1931-ODW (AGR) |
| Petitioner, | ) ) | |
| | ) | JUDGMENT |
| v. | ) ) | |
| JOHN N. KATAVICH, Warden, | ) ) | |
| Respondent. | ) ) | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition in this matter is denied and dismissed with prejudice.

DATED: December 17, 2013

_____
OTIS D. WRIGHT II
United States District Judge